JOSEPH DUNN *v.* RICHARD J. FINLEY

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County at Waterbury with proper diligence, it is ordered that the appeal be and hereby is dismissed.

Decided December 3, 1963

SAMPSON TKACZYK ET AL. *v.* HERMAN LEVINE, ADMINISTRATOR (ESTATE OF OLGA GALLAGHER), ET AL.

It appearing that the plaintiffs in the above-entitled case have failed to prosecute their appeal from the Superior Court in New Haven County with proper diligence, it is ordered that the appeal be and hereby is dismissed.

*Sampson Tkaczyk* and *Evelyn Tkaczyk,* pro se, the appellants (plaintiffs).

*Walter A. DeAndrade,* for the appellee (defendant Gallagher).